KBS/ead

case #23-6943

To: Clerk Of the Court
From Shaheem Johnson

Date Nov11 2023

Deputy Clerk: Karen Stump

Re: Dismissing this appeal

Dear Clerk of the court I wished to Dismiss the last order dated september 18 2023 in whiched i put in a request to appeal the courts order. From my understanding there are 2 seperate appeal one that I appealled and the other that the AUSA appealled I want to dismiss the one I appealled which should be case # 23-6943

Respectfully submitted

*[signature]*

11/11/2023

RECEIVED
2023 NOV 17 P 12: 03
U.S. COURT OF APPEALS
FOURTH CIRCUIT

Shaheem Johnson 19138057
FCI Hazelton
PO Box 5000
Bruceton Mills WV 26525



PITTSBURGH PA 150
13 NOV 2023 PM 4 L

Clerk's Office
U.S. Court of Appeals
For The Fourth Circuit
1100 E. Main Street Suite 501
Richmond, Virginia 23219

RECEIVED
U.S. MARSHALS

